UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL MAGANA-MUNOZ, et al.,<br><br>      Plaintiffs,<br><br>  v.<br><br>WEST COAST BERRY FARMS, LLC, et al.,<br><br>      Defendants. | Case No. 20-cv-02087-EJD   (SVK)<br><br>**ORDER ON JOINT DISCOVERY LETTER BRIEF**<br><br>Re: Dkt. No. 73 |

Before the Court is the Parties' joint discovery letter brief regarding Plaintiffs' request to compel discovery responses from Defendant Rancho Nuevo Harvesting, Inc. Dkt. 73. This matter is suitable for determination without oral argument. Civil L.R. 7-1(b). **Exhibit A** contains the Court's rulings.

**SO ORDERED.**

Dated: July 5, 2022

*Susan van Keulen*

SUSAN VAN KEULEN
United States Magistrate Judge