UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RAUL MAGANA-MUNOZ, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>WEST COAST BERRY FARMS, LLC, et al.,<br><br>  Defendants. | Case No.  5:20-cv-02087-EJD<br><br>**ORDER REQUESTING RESPONSE FROM DEFENDANT RANCHO NUEVO HARVESTING, INC. TO PLAINTIFFS' MOTION FOR RELIFE FROM NON-DISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE VAN KEULEN**<br><br>Re: Dkt. Nos. 74, 76 |

Pursuant to N.D. Cal. Civil Local Rule 72-2(d), Defendant Rancho Nuevo Harvesting, Inc. is directed to file a response to Plaintiffs' motion for relief from non-dispositive pretrial order of Magistrate Judge Van Keulen's order. Defendant shall file this response within 14 days of this Order.

**IT IS SO ORDERED.**

Dated: September 8, 2022

EDWARD J. DAVILA
United States District Judge