Dawson Morton
Cal. SBN 320811
Santos Gomez
Cal. SBN 172741
LAW OFFICES OF SANTOS GOMEZ
1003 Freedom Boulevard
Watsonville, CA 95076
Ph: 831-228-1560
Fax: 831-228-1542
dawson@lawofficesofsantosgomez.com
santos@lawofficesofsantosgomez.com

ATTORNEYS FOR PLAINTIFFS

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| RAUL MAGANA-MUNOZ and JOSE SANTIAGO HERRERA-VERA, others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>WEST COAST BERRY FARMS, LLC, RANCHO NUEVO HARVESTING, INC., and RANCHO HARVEST, INC.<br><br>　　　　　　Defendants. | CIVIL ACT. NO.: 5:20-cv-2087-EJD<br><br>MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND ENTRY OF CONSENT JUDGMENT<br><br>Date: February 8, 2024<br>Time: 9:00 a.m.<br>Ctrm: Courtroom 4, U.S. District Court, 280 South First St, Fifth Floor, San Jose, Ca. |

Please take notice that, on February 8, 2024, at 9:00 a.m. or as soon thereafter as counsel may be heard, in Courtroom 4 of the San Jose Courthouse, located at 280 South First Street, Fifth Floor, San Jose, California, Plaintiffs Raul Magana-Munoz and Jose Santiago Herrera-Vera will and hereby does move for an order granting final approval of the class action settlement reached with Defendants West Coast Berry Farms, LLC, Rancho Nuevo Harvesting, Inc., and Rancho Harvest, Inc. that was preliminarily approved on October 20, 2023. ECF 116. Specifically, Plaintiffs moves for an order:

1. Certifying for settlement purposes, for treatment as a class action under Rule 23 of the Federal Rules of Civil Procedure, a settlement class defined as "the 307 persons [now 293 person] that worked for Defendants under the terms of the job orders identified below [those attached to the original complaint as exhibits B, C and D with employment dates of April 25, 2018 to November 30, 2018, June 25, 2018 to October 31, 2018, and July 1, 2018 to October 31, 2018] as agricultural workers during the express time period of the particular job order and within the overall time period of April 25, 2018 to November 30, 2018."

2. Granting final approval of the Settlement and finding the terms of the Settlement to be fair, reasonable, and adequate under Rule 23(e) of the Federal Rules of Civil Procedure, including the amount of the settlement fund; the amount of distributions to class members; the procedure for giving notice to class members; the procedure for members of the Settlement Class to opt out of the Settlement; and the procedure for members of the Settlement Class to object to the Settlement.

3. Finding that class members were provided proper and adequate notice of their rights in a manner that satisfies the requirements of due process.

4. Directing that Defendant make a payment to the settlement administrator, in accordance with the procedures set forth in the Settlement, of the amount needed to fund all amounts payable under the Settlement.

5. Directing payment from the settlement fund of settlement administration fees to Atticus Administration in the amount of $22,000.

6. Entering the terms of the settlement as a final consent judgment, including the terms of the release.

7. Providing that, notwithstanding entry of final judgment, the Court shall retain jurisdiction in this matter for the purposes of interpreting or enforcing the settlement or final judgment.

Plaintiffs' motion is made under Rule 23 of the Federal Rules of Civil Procedure on the grounds that the Settlement is fair, reasonable and adequate; in

accordance with due process, class members were provided notice of their rights under the Settlement in a reasonable manner and were given a reasonable opportunity to exclude themselves from the Settlement.

      Plaintiff's motion is based on this Notice and attached Memorandum of Points and Authorities; the Declarations of Dawson Morton, and any supplemental information to be provided at the conclusion of the notice period; the prior Motion for Approval of Fees, Costs and Service Payments, and its accompanying declarations; and all other pleadings and papers on file in this action; and any oral argument or other matter that may be considered by the Court.

Dated: December 11, 2023                         LAW OFFICES OF SANTOS GOMEZ

                                                 By     /s/ *Dawson Morton*
                                                              Dawson Morton
                                                              Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I have on December 11, 2023 electronically filed with the Clerk of the Court the foregoing MOTION FOR FINAL APPROVAL and all attachments. This filing will be served upon the Defendants in this action using the Court's CM/ECF system which will electronically notice:

Jennifer Schermerhorn
THE SAQUI LAW GROUP
1410 Rocky Ridge Drive, Suite 330
Roseville, California 95661
Email: JSchermerhorn@laborcounselors.com

Alden J. Parker, Rebecca Hause-Schultz, Christina M. Anton
FISHER & PHILLIPS LLP
621 Capitol Mall, Suite 1400
Sacramento, California 95814
E-Mail: aparker@fisherphillips.com; rhause-schultz@fisherphillips.com; canton@fisherphillips.com

Counsel for Rancho Nuevo Harvesting and Rancho Harvest

Darin Marx
Lowthorp Richards
300 Esplanade Drive, Ste 850
Oxnard, California 93036
Email: dmarx@lrmmt.com

Rob Roy
Ventura County Agricultural Association
916 W. Ventura Blvd
Camarillo, CA 93010
Rob-vcaa@pacbell.net

Counsel for West Coast Berry Farms

                                                                s/ Dawson Morton
                                                                 Dawson Morton